

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2016

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez,
Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Honorable Robert Cadena, Judge Presiding

## ORDER ON APPELLEE'S MOTION FOR REHEARING EN BANC

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice, dissenting
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On April 28, 2016, appellee filed a motion for rehearing en banc. On June 1, 2016, appellants filed a response to motion for rehearing en banc. On June 13, 2016, appellee filed a reply on rehearing en banc. A majority of the en banc court grants appellee's motion for rehearing en banc and orders en banc reconsideration of the panel's opinion and judgment. *See* TEX. R. APP. P. 49.7. Accordingly, "the panel's judgment...[will] not become final, and the case will be resubmitted to the court for en banc review and disposition." *Id.*

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2016.



Keith E. Hottle
Clerk of Court